**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00016-LTB

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1.　　SANDRA LOWE MATHIAS,

　　　　Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


　　　　This will confirm that a status/scheduling hearing regarding Defendant Mathias is set **Tuesday, March 2, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  February 10, 2010